**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
rwasserman@mayallaw.com
**WILLIAM J. GORHAM (SBN: 151773)**
wgorham@mayallaw.com
**NICHOLAS J. SCARDIGLI (SBN: 249947)**
nscardigli@mayallaw.com
**JOHN P. BRISCOE (SBN: 273690)**
jbriscoe@mayallaw.com
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
**Facsimile: (209) 473-4818**

**Attorneys for Plaintiff Najla Fearington and the Putative Class**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NAJLA FEARINGTON, an individual,**<br><br>  Plaintiff,<br><br>vs.<br><br>**M.A.C. COSMETICS INC.;**<br><br>  Defendant. | Case No.: 4:17-CV-07322-EMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

### **ORDER**

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss shall be continued to _____4/19/18_____ at _1:30 p.m._ Plaintiff's opposition is due no later than February 16, 2018, and Defendant's reply to any opposition is due no later than February 23, 2018.

IT IS SO ORDERED.

Date: _2/6/18_

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Order Continuing Hearing on Defendant's Motion to Dismiss Complaint
Page 1 of 1