Fraser A. McAlpine (State Bar No. 248554)
Amelia L. Sanchez-Moran (State Bar No. 281219)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: fraser.mcalpine@jacksonlewis.com
E-mail: amelia.sanchez-moran@jacksonlewis.com

Attorneys for Defendant
M.A.C. COSMETICS INC.

MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN: 151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN: 249947)
nscardigli@mayallaw.com
JOHN P. BRISCOE (SBN: 273690)
jbriscoe@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiff Najla Fearington
and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJLA FEARINGTON, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>M.A.C. COSMETICS INC.;<br><br>　　　　　Defendant. | Case No. 3:17-cv-07322-EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER; TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Initial Case Management<br>Conference Date and Time: 6/14/2018<br>　　　　　　　　　　　　　　　9:30 a.m.<br><br>Proposed Initial Case Management<br>Conference Date and Time: 9/13/2018<br>　　　　　　　　　　　　　　　9:30 a.m. |

　　　　　TO THE HONORABLE COURT AND CLERK: PLEASE TAKE NOTICE OF THE

FOLLOWING STIPULATION:

1     WHEREAS, Defendant M.A.C. Cosmetics ("Defendant") and Plaintiff Najla Fearington ("Plaintiff") (together, "the Parties") reached a settlement on April 12, 2018;

    WHEREAS, the Parties filed a Notice of Settlement on the same day (Docket No. 22);

    WHEREAS, the Parties are still finalizing and obtaining signatures for the Settlement Agreement reached on April 12, 2018;

    WHEREAS, the Parties anticipate they will have signed settlement agreements in the next ten days;

    WHEREAS, the Parties have agreed to file a notice of dismissal as soon as the terms of the Settlement Agreement are executed;

    WHEREAS, the Parties agree to continue the scheduled Case Management Conference from June 14, 2018 to September 13, 2018;

    THEREFORE, the Parties stipulate to continue the scheduled Case Management Conference, presently on calendar for June 14, 2018, to September 13, 2018, and thereby continue all associated dates and deadlines related to discovery and initial disclosures that are tied to the date of the Initial Case Management Conference

    IT IS SO STIPULATED.


Dated: June 12, 2018                        JACKSON LEWIS P.C.

By:   /s/ Fraser A. McAlpine
      Fraser A. McAlpine
      Amelia Sanchez-Moran
      Attorneys for Defendant
      M.A.C. COSMETICS INC.


MAYALL HURLEY P.C.


By:   /s/ John P. Briscoe

      Attorneys for Plaintiff
      Najla Fearington.

# [PR~~OP~~OSED] ORDER

Pursuant to the Parties Joint Stipulation to Continue the Initial Case Management Conference, it is hereby ORDERED that the Initial Case Management Conference will take place on September 13, 2018 at 9:30 a.m.

Dated: \_\_\_\_6/12_____, 2018



4843-5611-4281, v. 1