# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NAJLA FEARINGTON, an individual,** | **Case No.: 4:17-CV-07322-DMR** |
| **Plaintiff,** | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| **M.A.C. COSMETICS INC.;** | |
| **Defendant.** | |

Having read the parties' Stipulation for Dismissal with Prejudice and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/12/18  _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Order Dismissing Action with Prejudice
Page 1 of 1